UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 06-CR-164

DAVID W. HARRIS,

        Defendant.

**ORDER DISMISSING FORFEITURE NOTICE OF THE INDICTMENT**

      Based on the government's motion to dismiss the forfeiture provision of the Indictment filed with this Court, the Court hereby GRANTS the motion and orders the $8,900 in United States currency seized from the defendant on June 25, 2006, dismissed from the Indictment.

      Dated at Milwaukee, Wisconsin, this 18th day of December, 2006

                                                  s/ Rudolph T. Randa
                                                  HON. RUDOLPH T RANDA
                                                  Chief Judge